1 BERKES CRANE ROBINSON & SEAL LLP
Steven M. Crane (SBN 108930)
2   *scrane@bcrslaw.com*
Laurie S. Julien (SBN 136974)
3   *ljulien@bcrslaw.com*
515 South Figueroa Street, Suite 1500
4 Los Angeles, California  90071
Telephone:   (213) 955-1150
5 Facsimile:    (213) 955-1155

6 Attorneys for Defendant CONTINENTAL CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JANICE O'BRIEN, an individual, | CASE No.: 5:13-cv-01289-EJD |
| Plaintiff, | Case Assigned to: Honorable Edward J. Davila |
| v. | [~~PROPOSED~~] **ORDER FOR DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)** |
| CONTINENTAL CASUALTY COMPANY, and Does 1 through 100, inclusive, | |
| Defendants. | |

LAW OFFICES
BERKES CRANE
ROBINSON & SEAL LLP

Case No. 5:13-cv-01289-EJD

[PROPOSED] ORDER FOR DISMISSAL PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)

**GOOD CAUSE APPEARING THEREFOR,** and pursuant to the parties' Stipulation, the Complaint is hereby dismissed with prejudice, with each party to bear its own costs, fees and expenses as to the entire action.

**IT IS SO ORDERED.**  The Clerk shall close this file.

DATED: _____1/28_____, 2014                  _____
                                                                           HONORABLE EDWARD J. DAVILA
                                                                           UNITED STATES DISTRICT JUDGE

6015580

LAW OFFICES
BERKES CRANE
ROBINSON & SEAL LLP

1                                           Case No. 5:13-cv-01289-EJD
[PROPOSED] ORDER FOR DISMISSAL PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)